UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                             :

AAKASH DALAL,
                             :

                Plaintiff,       :                     26-CV-1009 (JMF)

          -v-               :

                             :                ORDER OF SERVICE

THE TRUSTEES OF COLUMBIA UNIVERSITY IN   :
THE CITY OF NEW YORK et al,
                             :

                Defendants.    :

-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Plaintiff, who is proceeding without counsel, paid the filing fees to commence this action. The Clerk of Court is directed to issue a summons as to Defendant the Trustees of Columbia University in the City of New York.  Plaintiff is directed to serve the summons and Complaint on Defendant within ninety days of the issuance of the summons.[1]

      If within those ninety days, Plaintiff has not either served Defendant or requested an extension of time to do so, the Court may dismiss the claims against Defendant under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.  Further, Plaintiff must notify the Court in writing if his address changes, and the Court may dismiss the action if Plaintiff fails to do so.

      **All parties must familiarize themselves with the Court's Individual Rules and Practices in Civil *Pro Se* Cases, which are attached to this Order and available at https:// nysd.uscourts.gov/judge/Furman.**  *Pro se* parties are encouraged to consent to electronic service via ECF as it would ensure that the *pro se* party would receive documents in its case promptly by email instead of by regular mail.  The consent form, along with instructions on how to fill it out, can be found at https://www.nysd.uscourts.gov/forms/consent-electronic-service-pro-se-cases.  Unless and until a *pro se* party consents to receive electronic service, however, counsel are required to serve that *pro se* party with copies of documents filed with the Court and to file affidavits of such service with the Court thereafter.

      Pursuant to the Court's Individual Rules and Practices in Civil *Pro Se* Cases, all

---

[1]    Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, the summons in this case was not issued when Plaintiff filed the complaint because he had not paid the filing fee.  The Court therefore extends the time to serve until 90 days after the date the summons is issued.

communications with the Court by a *pro se* party should be filed with the *Pro Se* Intake Unit by either (1) emailing the communication as an attachment in PDF format to Pro_Se_Filing@nysd. uscourts.gov (for instructions, see https://nysd.uscourts.gov/forms/instructions-filing-documents-email); or (2) mailing the communication to the *Pro Se* Intake Unit, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.[2]  No documents or court filings should be sent directly to Chambers.  Copies of correspondence between a *pro se* party and counsel shall not be sent to the Court.

There is a *Pro Se* Law Clinic in this District to assist parties in civil cases who do not have lawyers.  The Clinic may be able to provide Plaintiff with advice in connection with this case.  The *Pro Se* Law Clinic is run by a private organization called the City Bar Justice Center ("CBJC"); it is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any unrepresented party through the *Pro Se* Intake Unit).  To receive limited-scope assistance from the clinic, Plaintiff should make an appointment by completing the CBJC's online intake form, located at https://www.citybar justicecenter.org/projects/federal-pro-se-legal-assistance-project.

The Clerk of the Court is directed to mail a copy of this Order and an information package to Plaintiff.  The Clerk of Court is further instructed to include the Guide on Service of Process in Cases Where Fees Have Been Paid along with the information package.[3]

SO ORDERED.

Dated: April 22, 2026
      New York, New York

_____
JESSE M. FURMAN
United States District Judge

---

[2]    In the alternative, the Court's Individual Rules and Practices provide instructions for delivering communications to the *Pro Se* Intake Unit by hand.  Additionally, as noted in the Court's Individual Rules and Practices, a *pro se* party may move for leave to participate as an ECF filer; if granted leave, the *pro se* party can file documents on ECF.

[3]    For Plaintiff's benefit, the Court notes that the forms referenced in the Guide, i.e., the Notice of Lawsuit and Request for Waiver of Service of Summons (AO 398) and the Waiver of Service of Summons (AO 399), are available on the Court's website.