UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AAKASH DALAL,

Plaintiff(s), 26-cv-1009 (PKC)

-against- ORDER

THE TRUSTEES OF COLUMBIA UNIVERSITY
IN THE CITY OF NEW YORK, et al.,

Defendant(s).

CASTEL, U.S.D.J.

The Trustees of Columbia University ("Columbia") move to consolidate the data breach claim of Akash Dalal into the consolidated class action, the settlement of which has been preliminarily approved. In re Columbia University Data Breach Litigation, 25-cv-05541(PKC). Columbia's motion is based on an Order in 25-cv-5541 that resulted in the consolidation of ten class actions into one. (Order of December 11, 2025, ECF 36 in 25-cv-05541.)

Consolidation of Dalal's complaint with the consolidated class action complaint would result in the Court's inability to enter final judgment approving the class action settlement until the individual claim of Dalal is adjudicated. Columbia certainly could not argue with any force that the Court's Order of December 11, 2025 extinguished Dalal's right to proceed with an individual claim. As an unrepresented person, he could not serve as a class representative in the consolidated class action. See Rodriguez v. Eastman Kodak Co., 88 F. App'x 470, 471 (2d Cir. 2004). There is no authority for the proposition that his right to

proceed as an unrepresented person could be extinguished without his consent and forced to serve as a class representative.

The motion to consolidate (ECF 19 in 26 cv 1009) is DENIED. The requests for entry of a default (ECF 14 & 21) are DENIED. Columbia shall answer or move no later than December 2, 2026.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
November 12, 2026

Copy Mailed To:
Aakash Dalal, SBI# 792652E
South Woods State Prison
215 Burlington Road South
Bridgeton, NJ 08302